IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 12-cr-30106-SMY |
| | ) |
| MARIO PIGEE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# ORDER

**YANDLE, District Judge:**

Defendant Mario Pigee pleaded guilty to one count of distribution of cocaine base. He was sentenced on October 26, 2012 to 151 months incarceration and 3 years of supervised release. His supervision commenced on April 3, 2023. Now pending before the Court is Pigee's Motion for Early Termination of Supervised Release (Doc. 66), which the Government opposes (Doc. 69).

Under 18 U.S.C. § 3583(e), the Court may terminate a defendant's term of supervised release early if the defendant has completed at least 1 year of supervised release and the Court is satisfied that early termination is (1) "warranted by the conduct of the defendant" and (2) in "the interest of justice." 18 U.S.C. § 3583(e)(1). Here, the Government opposes early termination of Pigee's supervised release, citing his "repeated noncompliance" with the terms and condition of supervised release, including violations for possession of marijuana, use of cocaine and ecstasy, consumption of alcohol, and failure to attend substance abuse treatment sessions.

The Court notes that Pigee's last violation occurred in December 2024. Since that time, he has submitted negative drug tests and successfully completed treatment. Additionally, Pigee has taken the necessary steps to obtain his commercial driving license. Having been fully advised in

the premises and after considering the relevant factors set out in 18 U.S.C. § 3553(a), the Court finds that Pigee has substantially reintegrated into the community and is no longer in need of supervision. As such, the termination of supervised release is warranted and in the interests of justice. 18 U.S.C. § 3583(e)(1).

Accordingly, Defendant Mario Pigee's Motion for Early Termination of Supervised Release is **GRANTED**; Defendant's term of supervised release shall be **TERMINATED effective this DATE.**

**IT IS SO ORDERED.**

DATED: September 10, 2025

**STACI M. YANDLE**
**United States District Judge**